# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 31, 2014

147358(21)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

                                     SC: 147358
                                     COA: 311747
                                     Oakland CC: 2009-225938-FH

JASON STEPHEN SZYDLEK,
        Defendant-Appellant.

_____/

      On order of the Court, the motion for reconsideration of this Court's October 28, 2013 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 31, 2014 _____



                                Clerk